



March 2, 2021

**VIA ECF**

Hon. Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20A
New York, NY 10007



Re: *Jordan Miller & Associates, Inc. v. E.S.I. Cases & Accessories, Inc.*;
<u>Case No. 20-cv-5165 (LTS)(BCM)</u>

Dear Judge Moses:

      This firm represents Defendant in the above-referenced action. We write to request an adjournment of the status conference presently scheduled for 10:00 a.m. on Thursday April 1, 2021 to any date the following week (April 5-9, 2020), except Wednesday April 7, 2020. This is the first request for an adjournment of this conference and Plaintiff consents. I am lead counsel for Defendant and the reason for this request is because my wife (a school teacher) and children are off from school the week of March 29-April 2, 2020 and I am taking that week off from work to spend time with my family.

      We thank the Court for its time and attention to this matter.

                                        Respectfully submitted,

                                        *s/ Glen Lenihan*

                                        Glen Lenihan

cc: Counsel for Plaintiff (*via* ECF)

---

Application GRANTED. The status conference currently scheduled for April 1, 2021, at 10:00 a.m. is hereby ADJOURNED to **April 5, 2021, at 10:00 a.m.** The joint status letter currently due March 25, 2021 shall be filed on ECF no later than **March 29, 2021**. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
March 2, 2021