

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDAN MILLER & ASSOCIATES, INC.,

        Plaintiff,

-against-

E.S.I CASES & ACCESSORIES, INC.,

        Defendant.

20-CV-5165 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record at today's status conference, it is hereby

ORDERED that:

1. Discovery Extension. The deadline to complete all remaining discovery, including depositions, is extended to **June 4, 2021**. No further extensions will be granted.

2. Depositions. With respect to each of the six E.S.I.-affiliated witnesses whom plaintiff intends to depose, defendant shall provide the following information to plaintiff, in writing, no later than **April 9, 2021**: (a) confirmation that the witness is a current employee of defendant, such that no subpoena is required; (b) confirmation that the witness is no longer a current employee of defendant, but that defendant's counsel is authorized to accept service of a deposition subpoena on that witness's behalf; or (c) confirmation that the witness is no longer a current employee of defendant and that counsel is not authorized to accept service on their behalf, in which case defendant shall also provide the witness's last known home and business addresses.

3. Status Conference. Judge Moses will conduct a further status conference on **May 18, 2021 at 10:00 a.m.** No later than **May 13, 2021**, the parties shall submit a joint status letter outlining the progress of discovery to date.

Dated: New York, New York
       April 5, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**