```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
JORDAN MILLER & ASSOCIATES,               :        20cv5165 (DLC)
                                          :
                        Plaintiff,        :           ORDER
            -v-                           :
                                          :
E.S.I. CASES & ACCESSORIES, INC.,         :
                                          :
                        Defendant.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes. It is hereby

    ORDERED a pretrial conference shall be held on November 16, 2022 at 3:00 p.m. in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated:    New York, New York
            November 14, 2022

                                                  DENISE COTE
                                     United States District Judge