```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JORDAN MILLER & ASSOCIATES,              :      20cv5165 (DLC)
                                         :
                       Plaintiff,        :      ORDER
            -v-                          :
                                         :
E.S.I. CASES & ACCESSORIES, INC.,        :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A jury trial in the above-captioned action had been placed on the trial-ready calendar for the month of February 2023. Accordingly, it is hereby

ORDERED that the trial in this action will commence on **February 13, 2023**. Please refer to this Court's Individual Practices in Civil Cases for all pretrial filing deadlines.

IT IS FURTHER ORDERED that a final pretrial conference will be held on **February 3, 2023 at 10:30 AM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         November 29, 2022

                                      _____
                                            DENISE COTE
                                      United States District Judge